Kruty v Max Finkelstein, Inc. (2021 NY Slip Op 50837(U))

[*1]

Kruty v Max Finkelstein, Inc.

2021 NY Slip Op 50837(U) [72 Misc 3d 141(A)]

Decided on August 26, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 26, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : TERRY JANE RUDERMAN, P.J., TIMOTHY S. DRISCOLL, HELEN
VOUTSINAS, JJ

2020-384 S C

Joshua Kruty, Appellant,
against
Max Finkelstein, Inc. and Michael Weller, Individually, Respondents.

Borrelli & Associates (Michael R. Minkoff, Alexander T. Coleman and Michael J. Borrelli
of counsel), for appellant.
Proskauer Rose LLP (Harris M. Mufson of counsel), for respondents.

Appeal from an order of the Suffolk County Court (James F. Matthews, J.; op 65 Misc 3d
1236[A] [2019]), dated December 12, 2019. The order granted defendants' motion for summary
judgment dismissing the complaint.

ORDERED that the order is modified by denying the branch of defendants' motion seeking
summary judgment dismissing plaintiff's first cause of action; as so modified, the order is
affirmed, without costs.
In this action by an employee to recover damages based on defendants' alleged violation of
Labor Law §§ 191 (1) (a) and 195 (3), plaintiff appeals from an order granting
defendants' motion for summary judgment dismissing the complaint. 
For the reasons stated in Phillips v Max Finkelstein, Inc. (__ Misc 3d __, 2021 NY
Slip Op ____ [appeal No. 2020-542 S C], decided herewith), the order is modified by denying
the branch of defendants' motion seeking summary judgment dismissing plaintiff's first cause of
action.
RUDERMAN, P.J., DRISCOLL and VOUTSINAS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 26, 2021